UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Breyonna Crawford,<br><br>                                        Plaintiff,<br><br>              -v-<br><br>Jovia Financial Credit Union, *et al.*,<br><br>                                        Defendants. | 25-cv-04581<br>(NJC)(SIL)<br><br>**ORDER** |

**ORDER**

NUSRAT J. CHOUDHURY, United States District Judge:

Before the Court is the Complaint filed by *pro se* plaintiff Breyonna Crawford ("Crawford") in addition to a motion to proceed *in forma pauperis* ("IFP"). (*See* Compl, ECF No. 1; IFP Mot., ECF No. 2.) Upon review of the IFP motion, the Court finds that Crawford's reported financial position qualifies her to proceed IFP. Accordingly, Plaintiff's IFP motion is granted.

In light of Defendants' entrance of appearances on the docket (ECF No. 4, 5), Defendants shall apprise the Court by November 10, 2025, whether they intend to waive formal service, in keeping with the intent of Rule 1 of the Federal Rules of Civil Procedure to facilitate "the just, speedy, and inexpensive determination of every action and proceeding." If not, the Court shall order service of the summonses and the Complaint upon the defendants by the United States Marshal Service ("USMS").

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

     The Clerk of Court shall mail a copy of this Order to Crawford at her address of record and shall record such mailing on the docket.

Dated: November 3, 2025
       Central Islip, New York                      */s/ Nusrat J. Choudhury*
                                                       NUSRAT J. CHOUDHURY
                                                       United States District Judge